

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| IN RE XPO LOGISTICS FREIGHT, INC. AND SERGIO CALDERA, | § | No. 08-25-00187-CV |
|  | § | AN ORIGINAL PROCEEDING |
| Relators. | § | IN MANDAMUS |
|  | § |  |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on Relators' petition for writ of mandamus against the

Honorable Francisco X. Dominguez, Judge of the 205th Judicial District Court of El Paso County,

Texas and concludes Relators' petition for writ of mandamus should be denied. We therefore deny

the petition for writ of mandamus in accordance with the opinion of this Court.

IT IS SO ORDERED this 22nd day of July 2025.


LISA J. SOTO, Justice


Before Palafox and Soto, JJ., and Rodriguez, C.J. (Senior Judge)
Rodriguez, C.J. (Senior Judge), siting by assignment